# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600355

_____

## UNITED STATES OF AMERICA
Appellee

v.

## PHOSY PHANDA
Information Systems Technician Second Class (E-5), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene Robinson, Jr., USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 30 December 2016

_____

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court